IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00205-AP

Jessica Gonzales,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

   For Plaintiff:

   Joseph A. Whitcomb
   Rocky Mountain Disability Law Group
   1391 Speer Blvd., Suite 705
   Denver, CO 80204
   (303) 534-1954
   (303) 534-1949 (facsimile)
   joe@RMDLG.com

   For Defendant:

   John F. Walsh
   United States Attorney

   J. Benedict García
   Assistant United States Attorney
   United States Attorney's Office
   District of Colorado
   J.B.Garcia@usdoj.gov

   Alexess D. Rea
   Special Assistant United States Attorney
   Denver, Colorado 80202
   303-844-7101
   303-844-0770 (facsimile)
   Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: January 28, 2013**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: April 8, 2013**

    C.    **Date Answer and Administrative Record Were Filed:  June 4, 2013**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: August 5, 2013**
    B.    **Defendant's Response Brief Due: September 4, 2013**
    C.    **Plaintiff's Reply Brief (If Any) Due: September 19, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does/does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.   ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27th day of June, 2013.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/*Joseph Whitcomb*
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303) 534-1954
(303) 534-1949 (facsimile)
joe@RMDLG.com

**By:** s/*Alexess Rea*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

Attorney for Plaintiff

Attorneys for Defendant