**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-0205-AP

JESSICA GONZALES,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

**ORDER**

This matter is before the Court on the Stipulated Motion for Attorney Fees Under the Equal Access to Justice Act (doc. #19) filed October 19, 2013. The Motion is GRANTED. IT IS ORDERED that:

1. Defendant will pay Plaintiff a total of **$5,900.00** in EAJA fees. This amount is payable to Plaintiff, not directly to her counsel.[1]

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4. This Order will not be used as precedent in any future cases.

DATED this 6th day of November, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court

---

[1] However, Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but can do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.